```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAFAEL MARTINEZ-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-08-371 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **STATUS CONFERENCE** |
| v. ) | |
| ) | |
| RAFAEL MARTINEZ-GONZALEZ, ) | Date:  November 3, 2008 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

　　　IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Daniel S. McConkie, Assistant United States Attorney, and Rafael Martinez-Gonzalez, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for September 29, 2008, be vacated and rescheduled for status conference on November 3, 2008, at 10:00 a.m.

　　　This continuance is being requested because defense counsel is waiting for the pre-plea presentence report and plea agreement and needs time to review it with defendant.

///

1    IT IS FURTHER STIPULATED that the period from September 29, 2008,
2 through and including November 3, 2008, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

Dated: September 24, 2008

                Respectfully submitted,

                DANIEL J. BRODERICK
                Federal Defender

                /s/ Matthew C. Bockmon
                _____
                MATTHEW C. BOCKMON
                Assistant Federal Defender
                Attorney for Defendant
                RAFAEL MARTINEZ-GONZALEZ

Dated: September 24, 2008

                MCGREGOR W. SCOTT
                United States Attorney

                /s/ Matthew C. Bockmon for
                _____
                DANIEL S. McCONKIE
                Assistant U.S. Attorney
                per telephonic authority

                      ******

**O R D E R**

IT IS SO ORDERED.

Dated: September 24, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge