```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    RAFAEL MARTINEZ-GONZALEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-08-371 FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION HEARING & JURY TRIAL** |
| v. | |
| RAFAEL MARTINEZ-GONZALEZ, | Date: September 28, 2009 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Rafael Martinez-Gonzalez, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the trial confirmation hearing presently scheduled for August 10, 2009, be vacated and a new trial confirmation hearing date of September 28, 2009, at 10:00 a.m., be set. Parties further stipulate and agree that the jury trial date of September 1, 2009, be vacated and a new jury trial date of October 20, 2009, at 9:00 a.m. be set.

///

1     This continuance is being requested because defense counsel will
2 not be available as he will be in a two week trial commencing on August
3 18, 2009, in the matter of US v. Groves.

4     IT IS FURTHER STIPULATED that the period from August 10, 2009,
5 through and including October 20, 2009, be excluded in computing the
6 time within which trial must commence under the Speedy Trial Act,
7 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
8 continuity and preparation of counsel.

9 Dated: August 7, 2009          Respectfully submitted,

10                               DANIEL J. BRODERICK
                               Federal Defender
11

                              */s/ Matthew C. Bockmon*
12                               _____
                              MATTHEW C. BOCKMON
13                               Assistant Federal Defender
                              Attorney for Defendant
14                               RAFAEL MARTINEZ-GONZALEZ

15

16 Dated: August 7, 2009          LAWRENCE G. BROWN
                               Acting United States Attorney
17

                              */s/ Matthew C. Bockmon for*
18                                 *Michael D. Anderson*

19                               _____
                              MICHAEL D. ANDERSON
                              Assistant U.S. Attorney
20                               per telephonic authority

21

22     **IT IS SO ORDERED.**

23 Dated: August 7, 2009

24                               _____
                              FRANK C. DAMRELL, JR.
25                               UNITED STATES DISTRICT JUDGE

26

27

28