DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAFAEL MARTINEZ-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-08-371 FCD |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING JURY TRIAL** |
| v. | |
| RAFAEL MARTINEZ-GONZALEZ, | Date: December 8, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Michael D. Anderson, Assistant United States Attorney, and Rafael Martinez-Gonzalez, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the jury trial presently scheduled for November 3, 2009, be vacated and a new jury trial date of December 8, 2009, at 9:00 a.m., be set.

This continuance is being requested because Mr. Anderson will not be available as he is scheduled to be in trial on another matter from October 27, 2009, to November 6, 2009.

/ / /

/ / /

IT IS FURTHER STIPULATED and agreed between the parties that the period beginning November 3, 2009, through and including December 8, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(B)(iv) (Local Code T4) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: October 20, 2009                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Matthew C. Bockmon
                                       _____
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       RAFAEL MARTINEZ-GONZALEZ


Dated: October 20, 2009                LAWRENCE G. BROWN
                                       United States Attorney

                                       /s/ Matthew C. Bockmon for
                                       _____
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney
                                       per telephonic authority


**O R D E R**

IT IS SO ORDERED.

Dated: October 20, 2009

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

Stip & Order                           2